JOHN SERVINO, Respondent, *v.* JEAN SERVINO, Appellant.

Submitted May 17, 1954; decided June 3, 1954.

*Mark K. Leeds* for motion.
*John F. Loonam* opposed.

Application denied and case set down for argument during the October, 1954, session of the Court of Appeals. [See 306 N. Y. 921.]